UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eva Marie Bailey,<br><br>                               Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, LLC; U.S. Bank N.A., in its Capacity as Trustee for the Holders of Mastr Asset Backed Securities Trust 2005-WMCI, Mortgage Pass-Through Certificates,<br><br>                              Defendants. | Case No.: 19-cv-227-MMA-BGS<br><br>**NOTICE AND ORDER RE DECEMBER 9, 2019 EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE** |

     An Early Neutral Evaluation and Case Management Conference is set for **December 9, 2019**, at **1:30 p.m.** before United States Magistrate Judge Bernard G. Skomal, United States District Court, 333 W. Broadway, Suite 1280, San Diego, California. Plaintiff has failed to comply with the Court's Order requiring the parties to provide the Court with confidential ENE statements and to participate in a Rule 26(f) conference. (*See* ECF Nos. 18–19.)

     Accordingly, the Court *sua sponte* excuses the in-person attendance of Defendants' client representatives and counsel at the December 9, 2019 Early Neutral Evaluation and Case Management Conference. Defendants must jointly call into Judge Skomal's

1

chambers at (619) 557-2993 on December 9, 2019 at 1:30 p.m. to participate telephonically in the Conference. Plaintiff is still required to attend the December 9, 2019 Conference **in-person.**

**IT IS SO ORDERED.**

Dated: December 4, 2019

_____
Hon. Bernard G. Skomal
United States Magistrate Judge