# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eva Marie Bailey,<br><br>         Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, LLC; U.S. Bank N.A., in its Capacity as Trustee for the Holders of Mastr Asset Backed Securities Trust 2005-WMCI, Mortgage Pass-Through Certificates,<br><br>         Defendants. | Case No.: 19-cv-227-MMA-BGS<br><br>**MINUTE ENTRY RE EARLY NEUTRAL EVALUATION AND NOTICE AND ORDER SETTING STATUS CONFERENCE RE SETTLEMENT** |

  On December 9, 2019, Judge Skomal conducted an Early Neutral Evaluation with the parties. The parties need approximately sixty days to negotiate a settlement agreement. They are to meet and confer regarding the status of the settlement. If a party does not engage in meet and confer efforts, the other party is to contact Judge Skomal's chambers at (619) 557-2993.

  Accordingly, the Court **SETS** a **telephonic** Status Conference re Settlement for **February 11, 2020** at **10:00 AM**. If the parties have not settled by this time, the Court will conduct a Case Management Conference at the conclusion of the telephonic

Conference. Defense counsel is responsible for coordinating and initiating a JOINT call into chambers at (619) 557-2993 to participate telephonically in the Conference.

**IT IS SO ORDERED.**

Dated: December 10, 2019

_____
Hon. Bernard G. Skomal
United States Magistrate Judge